

# IN THE
# TENTH COURT OF APPEALS

No. 10-11-00426-CV

## IN RE DEBBIE ECHOLS AND RHONDA ECHOLS

## Original Proceeding

## MEMORANDUM  OPINION

Relators' petition for writ of mandamus is denied.  Relators' motion for emergency stay is dismissed as moot.


AL SCOGGINS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Denied
Opinion delivered and filed November 9, 2011
[OT06]